# Supreme Court of Texas

Misc. Docket No. 22-9095

## Denial of Request to Transfer Case from the Sixth Court of Appeals

The Supreme Court denies the request to transfer the following case from the Sixth Court of Appeals District, Texarkana, Texas:

Case No. 06-18-00051-CV
*Jerry Laza v. City of Palestine, Texas*

**ORDERED by the Supreme Court of Texas, in Chambers,**

With the Seal thereof affixed at the City of Austin, this 27th day of October, 2022.

BLAKE A. HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS